**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7209**

———————

UNITED STATES OF AMERICA,

          Plaintiff - Appellee,

     v.

MICHAEL DOUGHTY WILLIAMS,

          Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge.  (5:09-cr-00162-BR-1)

———————

Submitted:  October 20, 2015          Decided:  October 23, 2015

———————

Before MOTZ, KEENAN, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael Doughty Williams, Appellant Pro Se.  Edward D. Gray, Rudy E. Renfer, Assistant United States Attorneys, Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Doughty Williams appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction based on Amendment 782 to the U.S. Sentencing Guidelines Manual. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Williams, No. 5:09-cr-00162-BR-1 (E.D.N.C. July 21, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED